GORDON SILVER
Erika Pike Turner
Nevada Bar No. 6454
Email: eturner@gordonsilver.com
Dylan T. Ciciliano
Nevada Bar No. 12348
Email: dciciliano@gordonsilver.com
3960 Howard Hughes Pkwy, 9th Flr
Las Vegas, NV 89169
Tel: (702) 796-5555/Fax: (702) 369-2666

JK Legal & Consulting, LLC
Jared B. Kahn
Nevada Bar No. 12603
Email: jkahn@jk-legalconsulting.com
P.O. Box 60512
Las Vegas, NV 89160
Tel: (702) 708-2958/Fax (866) 870-6758
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN SPILSBURY, an individual and as trustee of THE BRIAN E. SPILSBURY TRUST; DEE ANN SPILSBURY, an individual; KEVIN SPILSBURY, an individual and as trustee of THE KEVIN J. SPILSBURY TRUST; ANTHONETTE SPILSBURY, an individual; JOINT FORCES, LLC, a Nevada limited liability company; PREMIER MECHANICAL, LLC, a Nevada limited liability company; CREST RIDGE, LLC, a Nevada limited liability company; R. GLENN WOODS as trustee of THE KEVIN J. SPILSBURY 2000 TRUST and THE BRIAN E. SPILSBURY 2000 TRUST, <br><br> Plaintiffs, <br> vs. <br><br> U S SPECIALTY INSURANCE COMPANY, a Texas corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; MTC FINANCIAL INC., d/b/a TRUSTEE CORPS, a California corporation; DOES I through X, inclusive; ROE ENTITIES I through X, inclusive, <br><br> Defendants. | CASE NO. 2: 14-cv-00820-GMN-GWF <br><br> **ORDER GRANTING PRELIMINARY INJUNCTION** |

On June 16, 2014, Defendants U.S. Specialty Insurance Company, American Contractors Indemnity Company, HCC Surety Group, Texas Bonding Company and United States Surety

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103968-001/2335165

1 of 3

Company (collectively, the "Surety Defendants") and Plaintiffs (collectively, with the Surety Defendants, the "Parties") entered into a Stipulation and Order for Preliminary Injunction (the "Stipulated Injunction") that was approved by the Court. [Dkt. 18]. Therein the Parties stipulated to the following relevant facts:

- Defendant U.S. Specialty Insurance Company recorded, on April 7, 2014, a Notice of Breach and Default and Election to Cause the Sale of Real Property Under Deed of Trust (the "NODs") to commence a non-judicial foreclosure sale of real property known as 2868 Anaheim Avenue, Henderson, Nevada 89074 (the "Anaheim Property").
- Plaintiffs, on May 13, 2014, filed a Motion for Preliminary Injunction (the "Motion") in the State Court matter before the case was removed.
- Plaintiffs, in the Motion, sought an Order enjoining the Surety Defendants from conducting foreclosure sales of the Anaheim Property and another piece of real property identified as 244 Bethwick Circle, Las Vegas, Nevada 89120 (the "Bethwick Property").

The Parties further stipulated that the Court could order a preliminary injunction enjoining the Surety Defendants from continuing with the non-judicial foreclosure sale of the Anaheim Property and the Bethwick Property pending the final resolution or adjudication of the parties' claims and defenses in this matter.

THEREFORE, IT IS HEREBY ORDERED that the Surety Defendants are preliminarily enjoined from completing a non-judicial foreclosure sale of the Anaheim Property until further Order of the Court following further stipulation of the Parties or the Court's adjudication of the parties' claims and defenses in this matter.

IT IS FURTHER ORDERED that the Surety Defendants are preliminarily enjoined from completing a non-judicial foreclosure sale of the Bethwick Property until further Order of the Court following further stipulation of the Parties or the Court's adjudication of the parties' claims and defenses in this matter.

///

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103968-001/2335165

IT IS FURTHER ORDERED that no security is required of Plaintiffs pursuant to Fed. R. Civ. P. 65(c), as the Parties have agreed to waive the security requirement.

IT IS FURTHER ORDERED that the Motion is considered withdrawn.

**IT IS SO ORDERED** this 23rd day of June, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Submitted by:

/s/ Erika Pike Turner
GORDON SILVER
Erika Pike Turner, Nevada Bar No. 6454
Dylan T. Ciciliano, Nevada Bar No. 12348
3960 Howard Hughes Pkwy, 9th Flr
Las Vegas, NV 89169
Tel: (702) 796-5555
Fax: (702) 369-2666

AND

JK Legal & Consulting, LLC
Jared B. Kahn, Nevada Bar No. 12603
P.O. Box 60512
Las Vegas, NV 89160
Tel: (702) 708-2958
Fax (866) 870-6758
*Attorneys for Plaintiffs*

Approved as to Content and Form:


/s/ Colin R. Chipman
THE FAUX LAW GROUP
Kurt C. Faux, Nevada Bar No. 003407
Colin R. Chipman, Nevada Bar No. 10544
1540 W. Warm Springs Road, Suite 100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
*Attorneys for U.S. Specialty Insurance Company, American Contractors Indemnity Company, HCC Surety Group, Texas Bonding Company and United States Surety Company*

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103968-001/2335165