KURT C. FAUX, ESQ.
Nevada Bar No. 003407
JORDAN F. FAUX, ESQ.
Nevada Bar No. 012205
THE FAUX LAW GROUP
1540 W. Warm Springs Road, Suite100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
       jfaux@fauxlaw.com
*Attorneys for U.S. Specialty Insurance Company and
American Contractors Indemnity Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN SPILSBURY, an individual and as trustee of THE BRIAN E. SPILSBURY TRUST; DEE ANN SPILSBURY, an individual; KEVIN SPILSBURY, an individual and as trustee of THE KEVIN J. SPILSBURY TRUST; ANTHONETTE SPILSBURY, an individual; JOINT FORCES, LLC, a Nevada limited liability company; PREMIER MECHANICAL, LLC, a Nevada limited liability company; CREST RIDGE, LLC; a Nevada limited liability company; R. GLENN WOODS, as trustee of THE KEVIN J. SPILSBURY 2000 TRUST and THE BRIAN E. SPILSBURY 2000 TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. SPECIALTY INSURANCE COMPANY, a Texas corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; HCC SURETY GROUP, a Texas corporation; TEXAS BONDING COMPANY, a Texas corporation; UNITED STATES SURETY COMPANY, a Maryland corporation; MTC FINANCIAL, INC., d/b/a TRUSTEE CORPS, a California corporation; DOES I through X, inclusive; and ROE ENTITIES I through X, inclusive <br><br> Defendants. | Case No.: 2:14-cv-000820 <br><br><br> **ORDER** |

///

## ORDER

On February 4, 2015, the Court issued Order (#56) permitting Plaintiffs to file a second amended complaint by February 26, 2015 in order to plead additional facts to support Plaintiffs' claims for violations of NRS 107.077. "Failure to file a second amended complaint by this date shall result in the Court dismissing these claims with prejudice." Order (#56) at 12 ll. 9-10.

No second amended complaint having been filed and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Plaintiffs claims for relief for violation of NRS 107.077 are dismissed with prejudice.

DATED this 13th day of March, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Judge

Submitted by:

THE FAUX LAW GROUP

_____
KURT C. FAUX, ESQ.
Nevada Bar No. 003407
JORDAN F. FAUX, ESQ
Nevada Bar No. 012205
1540 W. Warm Springs Road, Suite 100
Henderson, NV 89014
*Attorneys for United States Specialty Insurance Company and American Contractors Indemnity Company*

THE FAUX LAW GROUP
1540 W. WARM SPRINGS ROAD, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

## CERTIFICATE OF SERVICE

The undersigned, an employee of The Faux Law Group, hereby certifies that on the 12th day of March 2015, I served a copy of the foregoing document, **ORDER (Proposed)** by the Court's CM/ECF system to:

Erika Pike Turner
Dylan T. Ciciliano
Gordon Silver
3960 Howard Hughes Pkwy, 9th Flr.
Las Vegas, NV 89169
Email: eturner@gordonsilver.com
          dciciliano@gordonsilver.com
*Attorneys for Plaintiffs*

Jared B. Kahn
JK Legal & Consulting, LLC
P.O. Box. 60512
Las Vegas, NV 89160
Email: jkahn@jk-legalconsulting.com
*Attorneys for Plaintiffs*

_____
An Employee of The Faux Law Group

-3-