JK Legal & Consulting, LLC
Jared B. Kahn, Esq.
Nevada Bar No. 12603
Email: jkahn@jk-legalconsulting.com
P.O. Box 60512
Las Vegas, NV 89160
Tel: (702) 708-2958/Fax (866) 870-6758
*Attorneys for Plaintiffs and Counterdefendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN SPILSBURY, an individual and as trustee of THE BRIAN E. SPILSBURY TRUST; DEE ANN SPILSBURY, an individual; KEVIN SPILSBURY, an individual and as trustee of THE KEVIN J. SPILSBURY TRUST; ANTHONETTE SPILSBURY, an individual; JOINT FORCES, LLC, a Nevada limited liability company; PREMIER MECHANICAL, LLC, a Nevada limited liability company; CREST RIDGE, LLC, a Nevada limited liability company; R. GLENN WOODS as trustee of THE KEVIN J. SPILSBURY 2000 TRUST and THE BRIAN E. SPILSBURY 2000 TRUST,<br><br>Plaintiffs,<br>vs.<br><br>U S SPECIALTY INSURANCE COMPANY, a Texas corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; HCC SURETY GROUP, a Texas corporation; TEXAS BONDING COMPANY, a Texas corporation; UNITED STATES SURETY COMPANY, a Maryland corporation; MTC FINANCIAL INC., d/b/a TRUSTEE CORPS, a California corporation; DOES I through X, inclusive; ROE ENTITIES I through X, inclusive,<br><br>Defendants.<br><hr><br>U.S. SPECIALTY INSURANCE COMPANY, a Texas corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California Corporation,<br><br>Counterclaimants,<br><br>v. | CASE NO.  2: 14-cv-00820-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR COUNTERDEFENDANTS R. GLENN WOODS, as Trustee of THE KEVIN J. SPILSBURY 2000 TRUST and THE BRIAN E. SPILSBURY 2000 TRUST TO RESPOND TO COUNTERCLAIMANTS' COUNTERCLAIMS**<br><br>(First Request) |

1 of 4

|   |   |
|---|---|
| 1 | R. GLENN WOODS, as Trustee of THE KEVIN J. SPILSBURY 2000 TRUST and THE BRIAN E. SPILSBURY 2000 TRUST, |
| 2 | |
| 3 | |
| 4 | Counterdefendants. |
| 5 | |
| 6 | U.S. SPECIALTY INSURANCE COMPANY, a Texas corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California Corporation, |
| 7 | |
| 8 | Third Party Plaintiffs, |
| 9 | v. |
| 10 | BRIAN SPILSBURY, an individual and as trustee of THE BRIAN E. SPILSBURY TRUST; DEE ANN SPILSBURY, an individual; KEVIN SPILSBURY, an individual and as trustee of THE KEVIN J. SPILSBURY TRUST; ANTHONETTE SPILSBURY, an individual; JOINT FORCES, LLC, a Nevada limited liability company; PREMIER MECHANICAL, LLC, a Nevada limited liability company; CREST RIDGE, LLC, a Nevada limited liability company; |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | Third Party Defendants |

Counterdefendants R. GLENN WOODS, as Trustee of THE KEVIN J. SPILSBURY 2000 TRUST and THE BRIAN E. SPILSBURY 2000 TRUST ("Counterdefendants"), and U.S. SPECIALTY INSURANCE COMPANY and AMERICAN CONTRACTORS INDEMNITY COMPANY ("Counterclaimants"), by and through their respective undersigned counsel of record, hereby stipulate pursuant to Local Rule 6-1 and 7-1 as follows:

1. Counterclaimants filed their Answer to Amended Complaint, Counterclaim and Third Party Complaint in this matter on March 20, 2015 (Dkt # 63).

2. Pursuant to Fed. R. Civ. P. 12(a)(1)(B), Counterdefendants' deadline to respond to Counterclaimants Counterclaims is April 13, 2015.

3. Counterdefendants' counsel, Jared Kahn, was recently absent from his office due to the recent birth of his child. As a result, Mr. Kahn was provided an extension from Counterclaimants' counsel to file a responsive pleading to the counterclaims.

5. Subject to the Court's approval and in light of these discussions, the Parties have agreed to extend the deadline for Counterdefendants to respond to the Counterclaimants' counterclaims through and including Friday, April 24, 2015.

| | |
|---|---|
| DATED: April 13, 2015. | DATED: April 13, 2015. |
| /s/ Jordan Faux<br>JORDAN FAUX<br>Nevada Bar No. 012205<br>KURT C. FAUX<br>Nevada Bar No. 003407<br>THE FAUX LAW GROUP<br>1540 W. Warm Springs Road, #100<br>Henderson, Nevada 89014 | /s/ Jared B. Kahn<br>JARED B. KAHN<br>Nevada Bar No. 12603<br>JK Legal & Consulting, LLC<br>P.O. Box. 60512<br>Las Vegas, NV 89160 |
| *Attorneys for Counterclaimants* | *Attorneys for Plaintiffs and Counterdefendants* |

/ / /

/ / /

**IT IS SO ORDERED:**

/ / /

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

/ / /

**Dated:   April 15, 2015**

/ / /

/ / /

/ / /

/ / /