THE FAUX LAW GROUP
1540 W. WARM SPRINGS ROAD, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

1  KURT C. FAUX, ESQ.
   Nevada Bar No. 003407
2  JORDAN F. FAUX, ESQ.
   Nevada Bar No. 012205
3  THE FAUX LAW GROUP
   1540 W. Warm Springs Road, Suite100
4  Henderson, Nevada  89014
   Telephone: (702) 458-5790
5  Facsimile: (702) 458-5794
   Email: kfaux@fauxlaw.com
6          jfaux@fauxlaw.com
   *Attorneys for U.S. Specialty Insurance Company and*
7  *American Contractors Indemnity Company*

8                **UNITED STATES DISTRICT COURT**

9                     **DISTRICT OF NEVADA**

10

11  BRIAN SPILSBURY, an individual and as trustee of THE | Case No.: 2:14-cv-000820
    BRIAN E. SPILSBURY TRUST; DEE ANN
12  SPILSBURY, an individual; KEVIN SPILSBURY, an
    individual and as trustee of THE KEVIN J. SPILSBURY | **STIPULATION AND ORDER TO**
13  TRUST; ANTHONETTE SPILSBURY, an individual; | **STAY THE DECISION ON**
    JOINT FORCES, LLC, a Nevada limited liability | **PLAINTIFF'S MOTION FOR**
14  company; PREMIER MECHANICAL, LLC, a Nevada | **DECLARATORY RELIEF AND**
    limited liability company; CREST RIDGE, LLC; a | **PARTIAL SUMMARY**
15  Nevada limited liability company; R. GLENN WOODS, | **JUDGMENT (#38) AND U.S.**
    as trustee of THE KEVIN J. SPILSBURY 2000 TRUST | **SPECIALTY INSURANCE**
16  and THE BRIAN E. SPILSBURY 2000 TRUST, | **COMPANY'S COUNTERMOTION**
                                                      | **FOR SUMMARY JUDGMENT**
17                                                    | **(#44) PENDING SETTLEMENT**
                                                      | **DISCUSSIONS**
18                   Plaintiffs,

19  v.                                                | **(FIRST REQUEST)**

20  U.S. SPECIALTY INSURANCE COMPANY, a Texas
21  corporation; AMERICAN CONTRACTORS
    INDEMNITY COMPANY, a California corporation;
22  HCC SURETY GROUP, a Texas corporation; TEXAS
    BONDING COMPANY, a Texas corporation; UNITED
23  STATES SURETY COMPANY, a Maryland corporation;
    MTC FINANCIAL, INC., d/b/a TRUSTEE CORPS, a
24  California corporation; DOES I through X, inclusive; and
25  ROE ENTITIES I through X, inclusive

26                   Defendants.

27

28

                              -1-

THE FAUX LAW GROUP
1540 W. WARM SPRINGS ROAD, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

1  U.S. SPECIALTY INSURANCE COMPANY, a Texas
2  corporation;

3              Counterclaimants,

4  v.

5  R. GLENN WOODS, as trustee of THE KEVIN J.
6  SPILSBURY 2000 TRUST and THE BRIAN E.
   SPILSBURY 2000 TRUST,

7              Counterdefendants,

8  _____

9

10 U.S. SPECIALTY INSURANCE COMPANY, a Texas
   corporation;

11

12             Third Party Plaintiffs,

13 v.

14 BRIAN SPILSBURY, an individual and as trustee of
   THE BRIAN E. SPILSBURY TRUST; DEE ANN
15 SPILSBURY, an individual; KEVIN SPILSBURY, an
   individual and as trustee of THE KEVIN J. SPILSBURY
16 TRUST; ANTHONETTE SPILSBURY, an individual;
   JOINT FORCES, LLC, a Nevada limited liability
17 company; PREMIER MECHANICAL, LLC, a Nevada
   limited liability company; and CREST RIDGE, LLC; a
18 Nevada limited liability company; ANGELO
   CARVALHO, an individual; CAM CONSULTING,
19 INC., a domestic corporation;

20

21             Third Party Defendants.

22

23

24

25        Defendants, U.S. Specialty Insurance Company ("USSIC") and American Contractors

26 Indemnity Company ("ACIC") (collectively "the Surety Defendants") and Plaintiffs, by and through

27 their respective undersigned counsel of record, hereby stipulate to stay the Court's decision on

28 Plaintiff's Motion for Declaratory Relief and Partial Summary Judgment (#38) and U.S. Specialty

THE FAUX LAW GROUP
1540 W. WARM SPRINGS ROAD, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

1   Insurance Company's Countermotion for Summary Judgment (#44), while settlement discussions are

2   pending.

3          The action was ordered to a settlement conference on June 25, 2015(#67, #69, and #84).

4   However, the settlement conference was unsuccessful (#87). Despite the unsuccessful settlement

5   conference, the parties have continued to discuss settlement and are earnestly involved in settlement

6   discussions.

7          To enhance the likelihood of settlement, the parties request a sixty day stay regarding the

8   entry of any decision by the Court concerning the pending Motions for Summary Judgment (#38,

9   #44). This stipulated stay may also assist the Court in administering the Court's docket.

10         The stay is not requested to delay the proceedings or in bad faith but rather to enhance and

11  promote the possibility of settlement. The requested stay will not impact the progress of this case

12  because discovery is stayed pending a decision by the Court regarding the pending Motions for

13  Summary Judgment (#55).

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1         Any party has the right to notify the Court that an impasse regarding settlement has been

2  reached and the stay order will immediately be lifted as a result of such notice.

3  DATED this 24th day of July 2015.        DATED this 24th day of July 2015.

4

5

6  /s/ Kurt C. Faux                 /s/ Jared B. Kahn

     KURT C. FAUX                 Erika Pike Turner

7  Nevada Bar No. 003407           Nevada Bar No. 6454

     JORDAN F. FAUX, ESQ.        Dylan T. Ciciliano

8  Nevada Bar No. 012205           Nevada Bar No. 12348

     THE FAUX LAW GROUP       Garman Turner Gordon LLP

9  1540 W. Warm Springs Road, #100   650 White Drive, Suite 100

     Henderson, Nevada  89014      Las Vegas, NV 89119

10  *Attorneys for U.S. Specialty Insurance*

11  *Company and American Contractors*  and

     *Indemnity Company*

12                                 JARED B. KAHN

13                                 Nevada Bar No. 12603

                                 JK Legal & Consulting, LLC

14                                  9205 West Russell Rd., Suite 240

15                                  Las Vegas, NV 89148

                                 *Attorneys for Plaintiffs*

16

17

18                             **IT IS SO ORDERED.**

19

20

21                             Gloria M. Navarro, Chief Judge

22                             United States District Court

23                             **DATED:**  07/28/2015.

24

25

26

27

28

THE FAUX LAW GROUP
1540 W. WARM SPRINGS ROAD, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

**CERTIFICATE OF SERVICE**

The undersigned, an employee of The Faux Law Group, hereby certifies that on the 24th day of July 2015, I served a copy of the foregoing document, **STIPULATION AND ORDER TO STAY THE DECISION (#57) ON PLAINTIFF'S MOTION FOR DECLARATORY RELIEF AND PARTIAL SUMMARY JUDGMENT (#38) AND U.S. SPECIALTY INSURANCE COMPANY'S COUNTERMOTION FOR SUMMARY JUDGMENT (#44) PENDING SETTLEMENT DISCUSSIONS,** electronically, by the Court's CM/EF system and by placing a copy in an envelope, postage fully prepared, in the U.S. Mail at Henderson, Nevada, said envelope(s) addressed to:

Erika Pike Turner
Dylan T. Ciciliano
Garman Turner Gordon LLP
650 White Drive, Suite 100
Las Vegas, NV 89119
Email: eturner@gtg.legal
        dciciliano@gtg.legal
*Attorneys for Plaintiffs*

Jared B. Kahn
JK Legal & Consulting, LLC
9205 West Russell Rd., Suite 240
Las Vegas, NV 89148
Email: jkahn@jk-legalconsulting.com
*Attorneys for Plaintiffs*

_____
An Employee of The Faux Law Group

THE FAUX LAW GROUP
1540 W. WARM SPRINGS ROAD, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

-5-