KURT C. FAUX, ESQ.
Nevada Bar No. 003407
JORDAN F. FAUX, ESQ.
Nevada Bar No. 012205
THE FAUX LAW GROUP
1540 W. Warm Springs Road, Suite100
Henderson, Nevada  89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
          jfaux@fauxlaw.com
*Attorneys for U.S. Specialty Insurance Company and American Contractors Indemnity Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN SPILSBURY, an individual and as trustee of THE BRIAN E. SPILSBURY TRUST; DEE ANN SPILSBURY, an individual; KEVIN SPILSBURY, an individual and as trustee of THE KEVIN J. SPILSBURY TRUST; ANTHONETTE SPILSBURY, an individual; JOINT FORCES, LLC, a Nevada limited liability company; PREMIER MECHANICAL, LLC, a Nevada limited liability company; CREST RIDGE, LLC; a Nevada limited liability company; R. GLENN WOODS, as trustee of THE KEVIN J. SPILSBURY 2000 TRUST and THE BRIAN E. SPILSBURY 2000 TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. SPECIALTY INSURANCE COMPANY, a Texas corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; HCC SURETY GROUP, a Texas corporation; TEXAS BONDING COMPANY, a Texas corporation; UNITED STATES SURETY COMPANY, a Maryland corporation; MTC FINANCIAL, INC., d/b/a TRUSTEE CORPS, a California corporation; DOES I through X, inclusive; and ROE ENTITIES I through X, inclusive<br><br>Defendants. | Case No.: 2:14-cv-000820<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

-1-

| | |
|---|---|
| 1 | U.S. SPECIALTY INSURANCE COMPANY, a Texas corporation; |
| 2 | |
| 3 | Counterclaimants, |
| 4 | v. |
| 5 | R. GLENN WOODS, as trustee of THE KEVIN J. SPILSBURY 2000 TRUST and THE BRIAN E. SPILSBURY 2000 TRUST, |
| 6 | |
| 7 | Counterdefendants, |
| 8 | |

U.S. SPECIALTY INSURANCE COMPANY, a Texas corporation;

Third Party Plaintiffs,

v.

BRIAN SPILSBURY, an individual and as trustee of THE BRIAN E. SPILSBURY TRUST; DEE ANN SPILSBURY, an individual; KEVIN SPILSBURY, an individual and as trustee of THE KEVIN J. SPILSBURY TRUST; ANTHONETTE SPILSBURY, an individual; JOINT FORCES, LLC, a Nevada limited liability company; PREMIER MECHANICAL, LLC, a Nevada limited liability company; and CREST RIDGE, LLC; a Nevada limited liability company; ANGELO CARVALHO, an individual; CAM CONSULTING, INC., a domestic corporation;

Third Party Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between Defendants U.S. Speciality Insurance Company; American Contractors Indemnity Company; and by Counterclaimant U.S. Specialty Insurance Company; and by Third Party Plaintiff U.S. Specialty Insurance Company, by and through their counsel, The Faux Law Group, and Plaintiffs Brian Spilsbury; Dee Ann Spilsbury; Kevin Spilsbury; Anthonette Spilsbury; Joint Forces, LLC; Premier Mechanical, LLC; Crest Ridge,

1  LLC; Brian E. Spilsbury, Trustee of the Brian E. Spilsbury Trust Dated October 28, 1999; Kevin J.
2  Spilsbury, Trustee of the Kevin J. Spilsbury Trust Dated October 28, 1999; R. Glenn Woods,
3  Trustee of the Kevin J. Spilsbury 2000 Trust; and, R. Glenn Woods, Trustee of the Brian E.
4  Spilsbury 2000 Trust; and by Counterdefendants R. Glenn Woods, as Trustee of the Kevin J.
5  Spilsbury 2000 Trust and the Brian E. Spilsbury 2000 Trust; and by Third Party Defendants Brian
6  Spilsbury, an individual and as Trustee of The Brian E. Spilsbury Trust; Dee Ann Spilsbury; Kevin
7  Spilsbury, an individual and as Trustee of The Kevin J. Spilsbury Trust; Anthonette Spilsbury; Joint
8  Forces, LLC; Premier Mechanical, LLC; and Crest Ridge, LLC; by and through their counsel, Jared
9  Kahn, Esq. and Erika Pike Turner, that the above-entitled action be dismissed with prejudice, with
10 each party to bear their own attorneys' fees and costs. This stipulation of dismissal with prejudice
11 also includes dismissal with prejudice of any claims pertaining to Third-Party Defendants Angelo
12 Carvalho and Cam Consulting, LLC, without fees or costs.

DATED this 25th day of May, 2016.                    DATED this 25th day of  May 2016.

/s/ Kurt C. Faux                                                        /s/ Jared B. Kahn (by permission)
KURT C. FAUX                                                         Erika Pike Turner. Nevada Bar No. 6454
Nevada Bar No. 003407                                           Dylan T. Ciciliano
JORDAN F. FAUX, ESQ.                                         Nevada Bar No. 12348
Nevada Bar No. 012205                                           Garman Turner Gordon LLP
THE FAUX LAW GROUP                                      650 White Drive, Suite 100
1540 W. Warm Springs Road, #100                        Las Vegas, NV 89119
Henderson, Nevada  89014
*Attorneys for U.S. SPECIALTY INSURANCE*            and
*COMPANY and AMERICAN CONTRACTORS*
*INDEMNITY COMPANY*                                          JARED B. KAHN. Nevada Bar No. 12603
                                                                                 JK Legal & Consulting, LLC
                                                                                 9205 West Russell Rd., Suite 240
                                                                                 Las Vegas, NV 89148
                                                                                 *Attorneys for BRIAN SPILSBURY, an individual and as trustee of THE BRIAN E. SPILSBURY TRUST; DEE ANN SPILSBURY, an individual; KEVIN SPILSBURY, an individual and as trustee of THE KEVIN J. SPILSBURY TRUST; ANTHONETTE SPILSBURY, an individual; JOINT FORCES, LLC, PREMIER MECHANICAL, LLC, a Nevada; CREST RIDGE, LLC; R. GLENN WOODS, as trustee of THE KEVIN J. SPILSBURY 2000 TRUST and THE BRIAN E. SPILSBURY 2000 TRUST*

**Brian Spilsbury v. U.S. Specialty Insurance Company**
**U.S.D.C. Nevada Case No.:  2:14-cv-000820**
*STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE*

**ORDER**

**IT IS SO ORDERED.**
**DATED** this  31  day of May, 2016.

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

The undersigned, an employee of The Faux Law Group, hereby certifies that on the 25th day of May, 2016, I served a copy of the foregoing document, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE,** by the Court's CM/EF electronic filing system as follows:

Erika Pike Turner
Dylan T. Ciciliano
Garman Turner Gordon LLP
650 White Drive, Suite 100
Las Vegas, NV 89119
Email: eturner@gtg.legal
        dciciliano@gtg.legal
*Attorneys for Plaintiffs*

Jared B. Kahn
JK Legal & Consulting, LLC
9205 West Russell Rd., Suite 240
Las Vegas, NV 89148
Email: jkahn@jk-legalconsulting.com
*Attorneys for Plaintiffs*

/s/ Joi E. Harper
An Employee of The Faux Law Group